DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RIGOBERTO SALTO-SANCHEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2531

_____

September 26, 2025

Appeal pursuant to Fla. R. App. P. 9.140(b)(1)(A), (F) from the Circuit
Court for Manatee County; Terry K. Dees, Judge.

Blair Allen, Public Defender, and Jeffrey Sullivan, Special Assistant
Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     Affirmed.


KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.